**Ferman PIERCE**

**v.**

**STATE.**

**No. 29033.**

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the possession of whisky for the purpose of sale in a dry area, with a prior conviction alleged for enhancement; the punishment, ten days in jail and a fine of $200.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.